Received Duncan
99 CR 66-1 (DC)



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

*Judicial Response*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/13

THE COURT ORDERS:

[✓]   ALLOW DEFENDANT TO EXPIRE ON JUNE 15, 2010;

[ ]   OTHER

_____
Honorable Denny Chin
U.S. Appellate Judge

6/21/10
Date